THOMAS F. X. DUNN
ATTORNEY AT LAW
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

May 5, 2022

**By ECF & email**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: <u>United States v. Dan Mirica</u>,
     19 Cr. 651(LTS)

Dear Judge Swain:

Earlier this morning I submitted a letter requesting an adjournment of the conference in this matter for at least 60 days. I failed to set forth my consent to an exclusion of time under the Speedy Trial Act. I do consent to an exclusion of time until the adjourned date set by the Court for the next conference.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Elizabeth Hanft, Esq.
    Assistant U.S. Attorney
    (by ECF & email)

The foregoing adjournment request is granted. The pretrial conference in this action is hereby rescheduled for July 20, 2022, at 11:30 a.m.. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through July 20, 2022, outweigh the best interests of the public and the defendant in a speedy trial in order to permit defense counsel to review the voluminous discovery in this action and to prepare a defense. Dkt. Nos. 1071 and 1072 resolved.

SO ORDERED.
Dated: May 5, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.