**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
Thomasdunnlaw@aol.com

BY ECF                                                                                           July 1, 2022

Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court         **MEMO ENDORSED**
500 Pearl Street
New York, N.Y. 10007

      Re: *United States v. Constantinescu, et. al*,
          19 Ct. 651 (LTS)
          Client: Dan Mirica

Dear Judge Swain:

      I represent Dan Mirica pursuant to the Criminal Justice Act in this matter. I write to request the approval of the assistance of an interpreter when making calls to my client's family in Europe. The Criminal Justice Act office advised I need prior approval for an interpreter to receive CJA funds for these services concerning family calls. I request that your Honor approve these services throughout the duration of the case.

      I request that if approval is granted that the order be *nunc pro tunc* to May 2, 2022.

      Thank you for your consideration of this request.

                                                  Respectfully yours,
                                                            /s/
                                                       Thomas F.X. Dunn

The foregoing request is granted, <u>nunc pro tunc</u> to May 2, 2022. Dkt. No. 1143 resolved. SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ
7/5/2022