**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
Thomasdunnlaw@aol.com

August 25, 2022

**By ECF & email**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

**MEMO-ENDORSED**

Re: <u>United States v. Dan Mirica</u>,
    19 Cr. 651(LTS)

Dear Judge Swain:

    I represent Dan Mirica and request an adjournment of the conference in this matter scheduled for September 14th. The government and I have no issues or applications to present to your Honor. The parties are in plea negotiation and request additional time concerning an entry of a guilty plea in this matter. I request at least an additional two weeks from the present conference date until September 28th or a date thereafter convenient to the Court.

    I consent to an exclusion of time under the Speedy Trial Act until the next scheduled court date.

    Assistant U.S. Attorney Elizabeth Hanft advised she does not object to this request.

    Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Elizabeth Hanft, Esq.
   Assistant U.S. Attorney
  (by ECF & email)

> The foregoing adjournment request is granted. The pretrial conference is hereby rescheduled for October 6, 2022, at 11:30 a.m. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through October 6, 2022, outweigh the best interests of the public and the defendant in a speedy trial to allow the parties to continue to engage in discussions regarding a potential pretrial disposition. Dkt. no. 1212 resolved.
> SO ORDERED.
> /s/ Laura Taylor Swain, Chief USDJ, 8/25/2022