UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                              No.  19 CR  651 - LTS

DAN MIRICA,

        Defendant.

--------------------------------------------------------x

ORDER

The change of plea hearing in this case is scheduled to proceed on **October 12, 2022**, at **12:00 p.m**. in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

SO ORDERED.

Dated: New York, New York
       October 7, 2022

                                 __/s/ Laura Taylor Swain_____
                                 LAURA TAYLOR SWAIN
                                 Chief United States District Judge