**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
Thomasdunnlaw@aol.com

October 17, 2022

**By ECF & email**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

## MEMO ENDORSED

Re: United States v. Dan Mirica,
    19 Cr. 651(LTS)

I represent Dan Mirica pursuant to the Criminal Justice Act. I requested that Bruno Blumenfeld translate the plea agreement from English to Romanian. The cost for the translation exceeded $800. When the cost for the translation exceeds that figure I must request authorization in advance from your Honor. I failed to make that request, but ask that your Honor approve the amount of the cost which exceeds $800. This is necessary to advise the CJA office and obtain approval in order that Mr. Blumenfeld receive payment for his services.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

The request is granted.
SO ORDERED.
10/17/2022
Laura Taylor Swain, Chief USDJ