**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940

Thomasdunnlaw@aol.com

November 12, 2022

**By ECF & email**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

## MEMO ENDORSED

    Re: <u>United States v. Dan Mirica</u>,
        19 Cr. 651(LTS)

    I represent Dan Mirica and request an adjournment of the sentence scheduled for February 15, 2023. I commenced a trial on October 17th and expect it to conclude on or about November 22nd. During the trial I have been unable to meet with Probation Officer Paul Hay to conduct the interview of Mr. Mirica. Officer Hay advised that he needs 5 to 6 weeks from the date of the interview to release the draft of the report. The interview is scheduled for December 7th. Considering the date of the interview and expected release of the draft report I request an adjournment to the week of March 20 or March 27, 2023.

    Assistant U.S. Attorney Elizabeth Hanft advised she has no objection to this request.

    Thank you for your consideration of this request.

                                                  Respectfully yours,
                                                          /s/
                                                    Thomas F.X. Dunn

Cc: Elizabeth Hanft, Esq.
    Assistant U.S. Attorney
   (by ECF & email)

The foregoing request for adjournment is granted. The sentencing hearing is hereby rescheduled for March 21, 2023, at 11:30 a.m. Dkt. No. 1276 resolved.
11/15/2022
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ