**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

BY ECF                                                                                           January 31, 2023

Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court                                  **MEMO ENDORSED**
500 Pearl Street
New York, N.Y. 10007

      Re: *United States v. Constantinescu, et. al*,
         19 Ct. 651 (LTS)
         Client: Dan Mirica

Dear Judge Swain:

    I represent Dan Mirica pursuant to the Criminal Justice Act in this matter. I write to request permission to submit interim vouchers in this case. Your Honor previously approved a budget in this matter because of the large amount of discovery that needed to be reviewed. A significant amount of hours have been expended to date, thus I make this request.

    Thank you for your consideration of this request.

                                                 Respectfully yours,
                                                     /s/
                                                 Thomas F.X. Dunn

The foregoing request is granted.
SO ORDERED.
1/31/2023
/s/ Laura Taylor Swain, Chief USDJ