**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

BY ECF & Email                                                             October 28, 2022

Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court                    **MEMO ENDORSED**
500 Pearl Street
New York, N.Y. 10007

      Re: *United States v. Dan Mirica,*
           19 Cr. 651 (LTS)

Dear Judge Swain:

      I represent Dan Mirica pursuant to the Criminal Justice Act. I write to request that your Honor authorize the translation of Mr. Mirica's presentence report. Mr. Mirica's native language is Romanian. The statutory limit for a translation is $900. Where translations are expected to exceed $900 pre-authorization must be obtained. It is my belief that the translation cost for the report will exceed $900, thus I make this request.

      Thank you for your consideration of this request.

                                                                     Respectfully yours,
The request is granted.  DE#1364                                       /s/
resolved.                                                                    Thomas F.X. Dunn
SO ORDERED.
2/3/2023
/s/ Laura Taylor Swain, Chief USDJ