UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

     -v-                               No.  19-CR-651-LTS

DAN MIRICA,

        Defendant

--------------------------------------------------------x

ORDER

      The sentencing hearing in this case, originally scheduled to proceed on March 30, 2023, at 10:30a.m. is hereby rescheduled to proceed on **April 10, 2023, at 2:30p.m.**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

      The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York
      March 27, 2023

                               __/s/ Laura Taylor Swain_____
                                 LAURA TAYLOR SWAIN
                                 Chief United States District Judge